May it please the court. My name is Will Pletcher, and I represent a defendant. I'm sorry appellant Sarko LLC. I wanted to focus this argument on two issues That have emerged through the briefing first a Sarko only seeks termination of What is known as the East Helena Camu trust by operation of law? Sarko is not seeking to terminate the trust through any express provision in the trust or Through any provision in the Montana settlement agreement which Sarko asserts makes the trust impossible to fulfill Sarko is only seeking to terminate the trust through operation of law The second point I Wanted to address is we believe the district's court its opinion was mistaken as It tried to determine the scope of the East Helena Camu trust and the Montana Montana settlement agreement you can see that the district court was animated to some extent by Its analysis that the East Camu trust went only to a Sarko's RCRA Liabilities Go on from that premise that seems to be the premise of the opposing briefing. He was mistaken. Why does that matter? That that matters your honor and Because it relates back then to the first point about whether the trust is Impossible to fulfill or has been fulfilled And then that should be terminated What hasn't been fulfilled? I mean it was for the purpose of doing a certain task the test wasn't done. So how was it fulfilled?  The purpose is financial assurance the purpose is not any particular Task, how was it? I thought it was the second Ammo, whatever. I mean a particular Part of the cleanup just a very small as I understand it part of it It it's a small part of the overall East Helena cleanup This particular Cap and what the Camu trust is addressing but the the Montana settlement agreement which encompasses the Entire East Helena agreement also covers this exact same liability now if we go to the but here I've got a really basic question Make all these arguments that the Montana settlement agreement Supplants Takes the place of the prior financial assurance in the in the The Camu trust I'll call it But if that was the intent of the parties, why couldn't they just have said that I And isn't that what the district court basically said You make I'm Sympathetic to some of the things you say they make some logical sense to me, but I don't understand in negotiating all of this Why you couldn't have just said it It absolutely could have just been plainly said in that way in the Montana settlement agreement It wasn't But nevertheless, it's very important, isn't that very important There's There's sort of in the context the overall Montana settlement agreement. This is something that could have been addressed Directly and expressly and it wasn't nevertheless our position rewrite it and put it there basically. Well, our position is Nevertheless by operational Montana law that because this trust purpose is now fulfilled that the trust terminates So you didn't need to negotiate that Is that what you're saying? We did not need to it would have been clearer and better and we probably wouldn't be here today if we had but let me Then ask you another question, which goes right along there if that be your argument Why aren't you arguing that you ought to get back the total amount you contributed? Rather than just a little amount We're only seeking what's Remains in the trust seems to me that if we take your argument to the fullest extent You ought to be arguing you ought to get all your money back. Not just the stuff you want now That's why I have a tough time with your argument and my colleague is suggested exactly where I am Seems to me the logical extent of your argument is if we're to win I get it back the whole thing I see your honors point in the context of the bankruptcy in which the Montana settlement agreement was developed what was being spent on an ongoing basis for the cleanup during the bankruptcy, which would be the funds that would have come out of the East Helena came to trust during that time Those would have been in the context of the bankruptcy. I would have been seen. I believe his past costs and Because those have been spent and that restoration has been done Asarka is not seeking as a start is only seeking their turn of what's well the balance and that goes to the ultimate trust agreement Because it seems to me that the trust is the satisfaction of past environmental problems encountered not future environmental actions The only language is about past costs Was what the government's past costs not a circus past costs so again It seems to me if that's really your argument You're destroying what you really want to get here because if you're saying well, that was past cost So we didn't go after it seems to me the trust was past cost for a circle and therefore done Over unless you want to put some language in there to help you out What has been expended out of the trust a circle of you is as a past cost What is left in their trust in other words they put it in to put it in the trust for a certain purpose is an expenditure no I'm sorry. We have we have multiple trust here. Do you mean the East Helena? Can we trust the camo trust? The decision to put it in the trust is an expenditure. It's not it's not yours anymore it's also an expenditure that a circle has a property right to the balance of if the Trust is is fulfilled Which it has been would you it's to back up for a minute you say you're only arguing by operation of law and you're saying And you understand that the standard of operation of law is that the purpose of the trust is fulfilled or impossible Why is it fulfilled or impossible? It's quite aside from these questions about not having negotiated anything specific in the second trust agreement even just looking at as purely as a question of Which it is of The trust law why Montana trust law why is this impossible or fulfilled it you didn't the work isn't done It could be done. It is being done. So what's impossible about it or fulfilled? And and this genre goes to my first point which was the purpose of the trust which is financial assurance related to certain tasks Not the performance of the tasks themselves if we go to the trust in the preamble twice This is true because I exactly Lisa thought exactly true because it didn't it wasn't sitting there waiting for a circle to do the work The money was going to come out of the trust to do the work. Whoever did it even if a circle didn't exist That's correct, but it's not related to the task it's related assurance the task we perform Even if you I don't understand what you just said given the fact that let the fund is there For to pay for the task not to back up the payment as a task, but to pay for it It's there for the assurance the guarantee. It's not a guarantee That's what I'm trying to say The money is going to be used to pay the people who are doing the work not nobody else is paying them Is that correct? Up and up until the point the Montana settlement agreement what was entered that would be correct Well, that's the way the trust was written. It was not written as a backup or a guarantee It was written to pay the cost. It's it's a your honor respectfully. It's a RCRA financial assurance trust And if I could if I could go to schedule, it's not what you think it's about if I could go to schedule a Where the district court identified the tasks even there these are cost estimates related to the financial trust So The assurance the consent decree in 1998 required some form of financial assurance, right? Correct creation of the trust In 2007 nine years later was the provision of that financial assurance. That's correct that no financial assurance was Required until several years after Sarko had had entered the bankruptcy, right? So so again I you You come up with this trust to provide the financial assurance the Sarko's already in bankruptcy in 2005 it does makes this financial assurance this Kamu trust in 2007 and then proceeds along renegotiates or negotiates a Full settlement in what year was it 2009? I think 2009. Yes, right now already in bankruptcy If there was any notion that this was to supplant or take the place of this Kamu trust I just I can't fathom how that wouldn't have been Put into the into the agreement It was not your honor and nevertheless the Sarko's position is that the You couldn't get it In the negotiation, so you left it alone and decided to come after it later and try to get the court to do it for you or You just didn't think about it until after Settlement agreement was breached And it could also I could also think of other other reasons it would not be included Including just in the overall context of the bankruptcy and a multiple settlement agreements that were being entered into with the government at the time It just it just wasn't included But we're still left the position that it would terminate by operation of law by here today Okay, still so to go back to that. Tell me again. Why this is you're not saying it's impossible, right? The purpose has been fulfilled. All right, so but tell me how there's a there's a Attached list of projects to be done the cost of each of them They're not all done. So why can't the purpose be fulfilled? even on this schedule, which is er 54 At the top it states this is the financial reserve on the total financial assurance came to cost line in the middle you come up with the four million dollar figure This is a cost estimate based on experts Analysis As to what they need to be done with the East Helena camu as of the time that the trust was entered into This was just to come up with an amount of the camu trust. What amount would EPA want? for Assurance that these tasks can be fulfilled not that these and that's that's the difference not that these tasks would be fulfilled themselves Now today with the Montana settlement agreement all of the Sarko's Liabilities are discharged and liquidated this amount here has been liquidated and is now included in the Montana settlement agreement, but just a minute The thing that worries me about that. I understood from your briefs and I'm hoping you're not gonna correct this now that you agree that cell two has not been completed As of I Understand that that still needs to be compelled to hasn't been completed the trust doesn't speak to what a Sarko needs to do It speaks to whatever work needs to be done, correct? Correct, it's financial assurance for certain ever need whatever work needs to be done as per the consent decree That's correct. So if we've still got more work to do and The trust doesn't talk about only what a Sarko has to do, but whatever work needs to be done Then how is its purpose been fulfilled? Because the trust is for the financial assurance that those costs will be taken care of Well, I understand and there's work left to be done and it's not just a Sarko who's got to do it. Anybody can do it But a Sarko has now funded over a hundred million dollars Allocated out of a 1.8 billion dollar environmental settlement allocated directly at this problem at East Helena What language in the trust the second trust? Are you relying on it? there's language that says the settlement agreement is intended to serve as a comprehensive settlement of the claims and causes of action of the government's against debtors with respect to all work and past costs and any Potential future costs incurred by the government and all natural resources damages. Is that language you're talking? That's that's precisely the language that this would include both circular and record claims at It's talking about the work and past costs and future costs incurred by the government's but this isn't Current by the government's because it's already been taken care of it is the new trust and the government's are gonna have to pay for it So it's not part of the settlement It's all that was it's already taken care of it was a financial assurance Entered into it during the bankruptcy. It's a financial assurance and it may say that but but it's not an assurance in the sense of a Guarantee, it's a set of side of money from which the costs are going to be paid So nobody else is gonna have to pay for it The government doesn't this is not a problem for the government anymore because the money is already there and it is paying for it Isn't the point that? If you you keep saying financial assurance, but the trust is created by a circle creates the trust but then But then it and this is what the district court emphasized it exists. It's a trust. It's not a circles money anymore It's a trust. It's a trust that is directed at the work. It's not directed at back at a circle It may go back to a circle if they do the work, but it's directed at the work So so it's it's independent of a circle and it's there to take care of the work It's it's financial assurance for work. Yeah, it is but it is also The corporate trust a circle does have a property right in because it can go back to a circle Once the trust purpose has been fulfilled Yeah, once the work is done this particular work and if that's the purpose the purpose is the work I respectfully disagree that the task list is a cost estimate for the insurance itself, but The work could be accomplished in many different ways And and now the government has 100 million dollars to accomplish this task. Thank you very much Yeah, I want to explain that there was a screw-up on the time measurement because so you probably got a fair amount of extra time Because it wasn't running down for a while and at some point we just took five minutes away Well after you've done more than five minutes, so I'm gonna be a little loose on the other side Although I don't think that's really that much to say. Okay. Thank you very much May I please the court I'm Lisa Jones from the Department of Justice for the United States of America And with me a council table is our trial counsel David Dane and EPA counsel Chuck figure This morning. You've already covered a lot of ground about the camu trust And I just have a couple of points to make first of all The trust purpose is not fulfilled and although Sarko pays a lot of lip service to saying we're only looking at operation of law You really need to look at the trust document itself And the the the whereas clauses the first page of the trust agreement make very clear This is not just about financial assurances. It's about work required to be conducted under that order It's also important to take a couple of steps back and what's happened here in this case to understand that A soccer didn't have to set up an irrevocable trust To put the money in to pay for the work that's on schedule a in the trust agreement they chose to do that and they chose to do that only after having done the first camu trust in 2001 and Then as noted they went into bankruptcy in 2005 What a star code did is specifically asked the bankruptcy court to take assets out of the bankruptcy estate To put them into a trust in order to fund this work to do the second cell of the camu That's what this trust is about They took assets out. They got permission from the bankruptcy court. They asked EPA got permission from EPA and created this agreement and This agreement has a very specific trust purpose which is for the work required to be conducted whether it's conducted by a Sarko or by a third party and I think that everyone must concede that the work has not been completed. There is no permanent cap on The second camu it has been built. There are some waste that been put in it There's a temporary cap as I understand it now that's lifted when more waste is to be put in but there is no permanent cap It is it is hard to understand how the trust purpose could be fulfilled Additionally the trust itself provides very specific steps that needs to be taken to amend or terminate this trust and It's also conceded that those steps haven't been taken The only argument is that it was somehow done by operation of law and that simply has not happened here Judge I mean isn't there a real question whether how you read this provision in the Second larger trust agreement the consent decree and settlement The whereas about this is intended to serve as a comprehensive settlement of the claims and causes of action Couldn't you read that as saying this is superseding anything else including any obligation by this trust to pay any money any more money Well, first of all as these assets were taken out of the bankruptcy estate no longer part of the bankruptcy estate put into this trust Which is a living breathing document its own for and within its own four corners It's hard to understand how this larger settlement 17 months later That mentions nowhere the Kamloo Trust somehow Is intended that is also and which is intended to settle the bankruptcy, right? This is done in the context of the bankruptcy the bankruptcy estate and all the assets that remain It's hard to understand how it could address assets that were specifically taken out of the bankruptcy estate and Instead put into this trust for a very specific purpose, which is to cap this second Kamloo particularly sub saliency I mean, this is an irrevocable Entered into as part of the bankruptcy, but this is particularly a century settlement I'm reading from this about the Montana site and has to do with those claims So it's not this it's not a settlement of the bankruptcy And on whole it's a settlement of the particular claims relating to the Montana environmental sites It is it is providing money to clean up future investigations in future needs at the foreign Montana sites what doesn't say future says all work and past costs and any potential future cost Well, I'm just it's hard to understand how these could be past costs and the bankruptcy any longer where the assets were In fact taken out of the bankruptcy On this I mean, I think there are other answers perhaps to what you're saying But this particular provision is not talking about the bankruptcy estate It's a comprehensive settlement of the claims and causes of action of the government's against debtors With respect to all work and past costs and any potential future costs incurred by the government and all natural resources Damages, it's not talking about limited to what's in the bankruptcy estate at that time Well, regardless of whether it's limited to what was the banker in the bankruptcy at that time or not. The Camry trust was was Excised it became its own Particular document it is very difficult for me to understand how in the context of this extremely sophisticated bankruptcy that that at best a morphous statement about an comprehensive settlement could in fact revoke or Impact at all a trust agreement that was entered into particularly where if you go to the signatory page the trustee for the Camry trust Is not even included as a signatory of that agreement. Why couldn't you simply read this as saying? Anything else that's going to be paid for with regard to All work and past costs any future potential cost it's going to come out of this 99 million dollars and therefore It's it's not that the trust is going away But that there's nothing more for the trust to pay for because everything from now on is gonna be paid out of here Well respectfully I'd first say really we should only be looking at the Camry trust itself to answer this question But if you're looking at the at the Montana agreement understand that I mean this agreement could say could be saying From this 99 million dollars any more costs having anything to do with Rectifying environmental problems on the Montana sites is going to come out of this 99 million dollars It could say that I think it would have to say more than that to get at the Camry trust wouldn't have to bring the trustee into the into the Negotiation and wouldn't have to contemplate or contemplate going back to the district court that still have jurisdiction. I think so because you get an order Terminating the trust. I mean if the parties have wanted to do it, they they could have found a way That's right. Exactly. But I mean the trustee here who's not who is not a signatory to the 2009 agreement Has fiduciary obligations with respect to the trust So it'd be very strange to have tried to impact that trust and that trustee and his fiduciary obligations What is this other instrument but except isn't as I understand the way the Camry trust was operating It's that the government the regional director of whatever agency this was was directing the work That's right. The regional administrator. So so that so The trustee only pays out what the regional director tells him to pay out. That's right. So this could be saying The government's not going to do that anymore. It's not going to be it's not really directed at the trustee It's directed at whether the regional director is going to be directing money Out of the trust out of the Camry trust as opposed to out of this trust. Well, she asks the trustee I mean the trustee does have fiduciary obligations and you could imagine where the trustee may say no to something But anyway, let me get back to your other My point is that Could one read this comprehensive settlement language as Or put another way suppose the language had been clearer and had said from now on Any government agency that wants any money to pay for anything that any cleanup at the Montana sites Gets the money out of this trust Even if that were the case with if it did not mention the Camry trust specifically and did not include the trustee as a signatory and follow at least the steps because then if all the money came out of well Let me amend that if it turned out that the ninety nine million dollars wasn't enough Then maybe you could go back to the Camry trust, but in the meanwhile The Camry trust isn't paying out anything because nobody is allowed to go to it And if the money is then left over eventually it goes back to our SARCO. No, I'm confused Are you saying that you I'm saying if you read this okay comprehensive language the way I was suggested You're reading the one statement out of it out of the Montana settlement agreement But if you continue and look at the agreement itself, it has lots of very forward-looking Talking about future investigations future costs and there is a lot of work left to be done at the East Helena site and other sites There's groundwater contamination. There's investigations that need to occur and The ninety nine million dollars for that particular site as part of the larger Amount was made in the nature of a compromise and that's right in the 2009 agreement, but I'm sorry the further All I was gonna say I'm a little bit surprised because as I understand the Montana settlement agreement The SARCO will never have to pay another dime for this particular project And in fact the government will not have to pay any more dimes for this particular project unless the camu trust Has spent out all the money, isn't that correct with respect to the camu, right? That's right it and if there's money left over then that money from the camu trust will go back to a SARCO quite unlike the 2009 settlement even if there's money left over when East Helena has been cleaned up for example So that money goes through a progression and never goes back to a SARCO as I understand the Montana settlement agreement It suggests that what money a SARCO has put in Exterminates all of its obligations as to any project and The camu trust is set up already by a SARCO not its money anymore already spent And it's out there to take care of the work to be completed on The consent decree for which it was set up and it will pay the money until it's done If it if the project isn't done when the camu trust is done a SARCO has no more responsibility That's right, and I mean it. I think if you look at the trust agreement itself It lays out a trust purpose Which is to perform the work and it lays out very specifically in the schedule And it says what needs to be done trust the work need not be performed by a SARCO It can be performed by anyone and yet the trust will pay that's right and therefore the government will not have any cost Up to the point where the camu trust expires That's right, and therefore the Montana settlement agreement which talks about all work and past costs and any potential costs Incurred by the government is not affected because the government won't have any cost until the camu trust is over That's right exactly and it's also In addition to the Montana settlement agreement You know being made perfectly clear and this is an extra record 30 that the that all the funds are in the nature of Compromises if the the Montana settlement does not provide for an offset of payments My husband also says the purpose of the custodial trust shall be to own the Montana Designated properties does that include the property on which these camel these camel Things are the East Helena properties, right? Okay Yes, right Yes So they're going to own that property carry out administrative and property management functions related to the Montana designated properties As set forth herein manage and or fund Implementation of future environmental actions approved by the lead agency with respect to the Montana designated properties The finishing of the camel trust is that not a future environmental action approved? No, it's not actually it is because the that trust was it really should have been done If you look at the schedule it is it is they're still filling it But but it's this was set up in such a way as I understand it that each Action like today. We're going to put the final Plug-in it's going to be approved by the lead agency with respect to the Montana designated property, right? Respectfully sure is that not a future environmental action approved by the late lead agency with respect to the Montana designated property? No, it's not because as of the time of the 1998 consent decree Rikra imposed the requirements to have financial assurances. These were past obligations that a Sarko chose to address I'm talking about the action. They're putting on of the of the final Plug it has it is not on that's right. Yeah, that's right Who's going to decide whether to put it on? Well, they not the not if that's an environmental action, it's going to be approved by the lead agency, right? It's with respect to the Montana designated property, right? Well, it's with respect to the camu It's not just discussing the property of the whole the trust itself is is specific to this particular cell of the camu and It's not at all discussed in this Montana settlement agreement in the same agreement a Sarko agreed not to seek any direct or indirect Reimbursement asking you whether the aside from what's not in there I'm trying to figure out what isn't there in in the custodial trust Designation and it appears that oh, let's put it another way Would you agree that the custodial trust could be used to pay for the camu? construction and or plug If there are cost overruns it could be my cost overruns because it's written It doesn't seem to have if somebody decided to paid out of this The way the trust agreement the camu trust agreement is written is that it's fulfilled either when it The the purpose is fulfilled which means the permanent cap has been placed on or when all funds have been depleted I think what we're trying to get to is could this work on the The camu trust is funding that isn't done yet, right? Could that be paid for? By either the the camry trust or funds set aside by the Montana settlement agreement It is possible that Funds from either of those parts could pay for that Is our position that the funds that are that were placed into the camry trust to fulfill? the trust purpose That until those funds are depleted other funds can't be used for the camera. That was the purpose earlier point which Was and I'm not sure you ever answered her question Which was couldn't the parties in the negotiation of the Montana settlement agreement? prohibited drawing funds out of the camu trust and directed that the that the Montana settlement agreement set aside funds paid for that final work and Eventually the work would be completed and the trust It would the purpose would be fulfilled and the money would go back to us our couldn't they have done it that way They could have done it that way. They did not do it that way I'm there and whatever so then the question is given the two phrases from the Montana settlement that I've read to you Why when one read it the way in that manner? It seems to be saying that this is for the fund the implementation of future Environmental actions approved by the lead agency with respect to the Montana designated properties now these the work That's being still to be done in the camu trust our future environmental actions approved by the lady lead agency with respect to the Montana Designated properties unless you read something into this language Ie except the work to be done under the camu trust Respectfully we don't agree that this is a future Future obligation, it's a past obligation that was settled by the establishment of the camry trust itself isn't talking about application It was and also our mental actions Respectfully this is an irrevocable trust that has very specific steps to alter it or amend it if the 2009 settlement was going to do that it would have said so expressly it can't be That where nothing is said the camu trust is not even mentioned And it's instead it is moving along and doing just what it has been doing since it was set up in 2007 It cannot be that sub silencio this 2009 agreement can revoke an irrevocable trust It and these were very sophisticated lawyers. These were very sophisticated parties that were negotiating and if they had intended to Eradicate or terminate or impact in any way the camry trust they would have done so but did not do so and under those circumstances It's our position that the trust remains intact until it has been completed or until the funds are depleted Okay, we understand your position and found the arguments very helpful. Thank you. Thank you Respectfully request that you affirm the district court. Thank you We'll give you a minute of rebuttal Really a minute because you were out for your time, even if it didn't appear that way Respectfully your honors We don't submit that the Montana settlement agreement revokes the East Hamlet of camu trust our position is that that trust terminates by operation of law that there's Why should that be I mean isn't the more sensitive? Position that it sits there. It just sits there While this is being implemented and if the ninety nine million dollars is sufficient To finish the camera work, then you get the money back. But otherwise you don't It doesn't terminate the trust. It just leaves it there For purposes of seeing if that money is needed Our position is that the ninety nine million dollars covers your position, I think it's probably your weaker position I don't think they've ever had another position. I think yeah, I think I think their position is what he stated Yes, and I guess that's where we have to go All right. Thank you very much. Thank you Interesting case, thank you very much. The case is United States of versus a circle is submitted the next case in LRB versus legacy health system is submitted on the briefs and Therefore we are going to Reynolds properties and applied technology which are going to be argued in tandem as I understand it
judges: Smith, Berzon, Smith